# UNITED STATES PRETRIAL SERVICES AGENCY
Eastern District of New York

# MEMORANDUM

**DATE:** April 10, 2019

**TO:** Honorable Lois Bloom
United States Magistrate Judge

**RE:** Galva Polanco, Wellingthon
Docket No.: 1:19-M-287-01
Request for Modification of Release Conditions

Reference is made to the above noted defendant who was arrested by Homeland Security Investigation agents at John F. Kennedy International Airport on March 28, 2019, and charged with Conspiracy to Import Cocaine, in violation of Title 21 U.S.C § 963. He made his initial appearance on March 29, 2019, before United States Magistrate Judge Sanket Bulsara and was released on a $20,000 unsecured bond cosigned by two sureties with the following conditions:

1. Report to Pretrial Services as directed;
2. Surrender all travel documents and not apply for travel documents;
3. Restrict travel to New York and New Jersey;
4. Maintain address as approved by Pretrial Services;
5. Be subject to random home and employment visits; and
6. Do not have any contact with co-conspirators, unless in the presence of counsel.

We write Your Honor to inform that Pretrial Services neglected to include random drug testing, evaluation and treatment as a recommended condition of release. During the bail interview on March 29, 2019, the defendant disclosed first using marijuana at the age of 13, and revealed he last smoked marijuana on March 2, 2019. He stated that although he was recently smoking marijuana on a daily basis, he discontinued the use of it in an attempt to obtain his TLC license.

Pretrial Services respectfully requests that Your Honor modify the defendant's conditions of release to include random drug testing, evaluation and treatment as directed by Pretrial Services. An order has been attached for Your Honor's convenience should the Court be inclined to approve the modification. Pretrial Services notified Assistant United States Attorney Philip Pilmar and defense counsel Michael Padden of this memorandum and both consent to the modification. Should Your Honor have any questions please contact Officer Lourdes Vazquez at (718) 613-2603.

Prepared by: *Lourdes Vazquez*
Lourdes Vazquez
U.S. Pretrial Services Officer

Approved by: *Michael Ilaria*
Michael Ilaria
Supervising U.S. Pretrial Services Officer

RE: Galva Polanco, Wellingthon
Docket No.: 1:19-M-287-01

IT IS THE ORDER OF THE COURT THAT:

☑ The defendant's conditions of release be modified to include: Random drug testing, evaluation, and treatment as directed by Pretrial Services.

☐ No action with regard to the defendant's condition of release is to take place at this time.

☐ Other: _____

SO ORDERED,

S/ Bloom

_____
Honorable Lois Bloom
United States Magistrate Judge

4/10/19
Date

cc: Philip Pilmar, AUSA
    Michael Padden, Defense Counsel